# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# AT BOISE

| | |
|---|---|
| MATTHEW A. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>STINKER STATIONS, INC.,<br><br>    Defendant. | No. 1:19-cv-00158-SAB<br><br>**ORDER DENYING MOTION TO STAY CASE; CLOSING FILE** |

    Plaintiff filed this instant action on April 26, 2019. ECF No. 2. He is representing himself in this matter and Defendant has not been served. Pursuant to Plaintiff's request, this case has been stayed two times. ECF Nos. 9, 14. In granting the second stay, Plaintiff was instructed that he must prosecute this action or face dismissal without prejudice. ECF No. 14. Plaintiff has failed to take any steps to prosecute this action. Instead, he asks the Court to again stay this case. ECF No. 15. The interests of justice are better served by dismissing this action without prejudice. Plaintiff can then refile his Complaint when he is in a position to fully present his case.

//
//
//
//
//

**ORDER DENYING MOTION TO STAY CASE; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Stay Case, ECF No. 15, is **DENIED**.
2. Plaintiff's Complaint, ECF No. 2, is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to Plaintiff, and close the file.

**DATED** this 8th day of April 2020.



Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION TO STAY CASE; CLOSING FILE ~ 2**